# Inner City Press

September 4, 2026

By ECF

The Honorable Margaret Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: Press request to docket US detention memo in USA v. Zhao (1:26-mj-3587)

Dear Judge Garnett:

I covered the above case in the Magistrates Court on September 2 for Inner City Press; the AUSA referred to a detention memo submitted to Magistrate Judge Cave in the case.

Earlier today I wrote to your Chambers about this afternoon's Part 1 appeal, and noting that the case remained sealed. It has just been unsealed, thankfully - but I notice that the referenced detention memo is not in the docket.

It should be. This is a request that it be docketed, and for that reason is filed by ECF for that the parties may object or ask to redact if they wish.

For the record, detention memos are routinely made public in EDNY and other Districts. Given the applicable 2d Circuit case law, there is no reason they are not in this District, in this case. I am prepared to brief the issue if deemed necessary.

But for now, less than an hour before the appeal argument, I docket this Press request.

Respectfully,

/s/

Matthew Russell Lee
Inner City Press

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013